UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. No.: 3:10-112-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| PATRICK LEWIS PARKS ) | |
| _____) | |

The defendant, through counsel, has filed a motion to vacate or correct his sentence pursuant to 28 U.S.C. § 2255. The government is respectfully requested to respond to this motion at its earliest convenience.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

January 18, 2013
Columbia, South Carolina